UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-60301-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.

SEALED
CLERK'S NOTICE

ANDRES MENCIA
OSCAR LUIS VENTURA-RODRIGUEZ
NADIRA SAMPATH-GRANT
JOHN MENSAH

On December 7, 2017 an Indictment was returned for the above named defendant(s). This/These defendant(s) not having been arrested and 30 days having passed, this/these defendant(s) is/are hereby transferred to fugitive status.

Dated this 11th day of January, 2018 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

STEVEN M. LARIMORE,
CLERK OF COURT

BY: _____
KAREN A. CARLTON-DEANGELUS
DEPUTY CLERK