UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60301-CR-DIMITROULEAS(S)

UNITED STATES OF AMERICA,

vs.

ANDRES MENCIA et al.,

Defendants.
_____/

**NOTICE OF LIS PENDENS**

GRANTEES: ANDRES MENCIA

**TO:     ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR
GRANTEE any interest in the real property described hereinunder.**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28

U.S.C. § 1964, that on February 1, 2018 the United States of America, filed a Superseding indictment in the United States District

Court for the Southern District of Florida in the foregoing action.   Pursuant to 18 U.S.C. § 982(a)(1) the United States of America

may seek to forfeit the real property located at **16532 Bridlewood Circle, Delray Beach, FL 33445** Palm Beach County, Florida, and

particularly described as:

> Lot 26, Foxe Chase, according to the Plat thereof, as recorded in Plat Book 38, Page(s) 1 and 2, of the Public
> Records of Palm Beach County, Florida.

Parcel ID Number: 00-42-46-25-06-000-0260

FURTHER NOTICE IS HEREBY GIVEN that pursuant to 21 U.S.C. § 853(k), no party claiming an interest in the described

property may (1) intervene in the trial or appeal of the criminal case, or (2) commence an action at law or equity against the United

States concerning the validity of an alleged interest in the property subsequent to the filing of an indictment, except as provided by the

provisions of 21 U.S.C. § 853(n) following the entry of an order of forfeiture. Information concerning this action may be obtained

from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: _____
KAREN E. MOORE
Assistant United States Attorney
Court Id. No. A5500043
99 N.E. 4TH STREET
Miami FL, 33132-2111
TEL. (305) 961-9030
FAX. (305) 536-4089
E-mail: Karen.Moore@usdoj.gov