UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT/ORDER MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: ANDRES MENCIA (J)# 17090-104   CASE NO: 17-60301-CR-DIMITROULEAS/SNOW (S)
AUSA: M. GILFARB (J ANTON DUTY AUSA)   ATTY: HOWARD SREBNICK
USPO:     Rosanna Arteaga-Gomez
VIOL: 18:USC 1349 AND 21:USC 846

PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND:

BOND/PTD HEARING HELD - (yes)/no   COUNSEL APPOINTED:
BOND SET @: $500,000 PSB   To be cosigned by:

- [ ] All standard conditions
- [x] Do not encumber property.
- [x] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- [x] Random urine testing by Pretrial Services. Treatment as deemed necessary.
- [ ] Maintain or seek full - time employment.
- [x] No contact with victims / witnesses.
- [x] No firearms.
- [x] Electronic Monitoring: 11 PM TO 6 AM
- [x] Travel extended to: SD/FL
- [x] Other: Rside at current address

D - Advised of charges. Attorneys Howard Srebnick and Rosanna Arteaga-Gomez temporary appearance in court. (Time from today thru Feb 21 2018 is excluded under speedy trial) Gov't recommends stipulated $500,000 PSB. Court accepts stipulated bond.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL: FEB 21, 2018  11 AM  DUTY  SNOW

PTD/BOND HEARING:

PRELIM/ARRAIGN OR REMOVAL: FEB 21, 2018  11 AM  DUTY  SNOW

STATUS RE DEPOSITION:

DATE: 2/7/18   TIME: 11:00 AM   FTL/TAPE/# BSS- (30 Mins) Begin   DAR:

2

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES) OR NO   DAR:

11:13:54 - 12:25:26