UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60301-CR-WPD

UNITED STATES OF AMERICA,    :
     Plaintiff,    :
         :
v.    :
         :
ANDRES MENCIA,    :
     Defendant.    :
. . . . . . . . . . . . . . . . . . . . . . . . . . . .    :

## Notice of Submission

Today, March 7, 2018, Dr. Andres Mencia submitted a Financial Disclosure

to the U.S. Government, through counsel, and by way of email.

Respectfully submitted,

**BLACK, SREBNICK, KORNSPAN
  & STUMPF, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Ph. (305) 371-6421 – Fax (305) 358-2006
E-mail: MBeaton@RoyBlack.com

By: _/s/  Marcos Beaton, Jr._____
  MARCOS BEATON, JR., ESQ.
  Florida Bar No. 0573787
  *Trial Counsel for Andres Mencia*

## <u>CERTIFICATE OF SERVICE</u>

**I Hereby Certify** that on March 7, 2018, the foregoing document was

electronically filed with the Clerk of the Court using CM/ECF.


By: _/s/  Marcos Beaton, Jr._____
MARCOS BEATON, JR., ESQ.