UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60301-CR-WPD

UNITED STATES OF AMERICA,           :
    Plaintiff,                                      :
v.                                                        :
                                                        :
ANDRES MENCIA,                                :
    Defendant.                                   :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**UNOPPOSED MOTION TO CONTINUE TRIAL**

    Andres Mencia, through undersigned counsel, requests a continuance of the trial and states as follows:

    1.    Dr. Mencia was arraigned on February 28, 2018 and Magistrate Judge Alicia O. Valle entered the standing discovery order.

    2.    Since then the defense has received two discovery productions. One on March 7, 2018 and the second on March 23, 2018

    3.    Discovery is voluminous and includes thousands of pages of documents, as well as video recordings. Counsel requires more time to review and analyze the discovery and prepare Dr. Mencia's defense.

    4.    On March 9th this Court had a calendar call for two of Dr. Mencia's co-defendants (John Mensah and Oscar Luis Ventura-Rodriguez). Prior to the calendar call, undersigned discussed proposed trial dates with the government, with the mutual understanding that there would be a need for a continuance. The date that undersigned and the government agreed on was June 18, 2018, which the government proposed to the court at the March 9th calendar call. The Court set the trial of Mr. Mensah and Mr. Ventura-Rodriguez for June 18, 2018.

-2-

5.  As a matter of good order, undersigned files this motion for continuance so that it is part of the record and moves for a trial date of June 18, 2018 as passed along by the government on the March 9th calendar call.

6.  Undersigned communicated with the government regarding this motion and the government remains unopposed to a continuance.

Respectfully submitted,

**BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Ph. (305) 371-6421 –  Fax (305) 358-2006
E-mail: MBeaton@RoyBlack.com

By: /s/  Marcos Beaton
    MARCOS BEATON, ESQ.
    Florida Bar No. 0573787

*Counsel for Andres Mencia*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 30, 2018 the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

By:  /s/   Marcos Beaton
     MARCOS BEATON, ESQ.