UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-60301-CR-WPD**

**UNITED STATES OF AMERICA**

v.

**ANDRES MENCIA,**

    Defendant.
_____/

**GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

    A.    5.    One thumb drive containing the following folders: E, R V-VA, H, J, Decedent, Interviews, Patient Files, S, D E Decedent.

Please contact the undersigned Assistant United States Attorney if any pages are missing.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY

By:  /s/ Michael E. Gilfarb
    Michael E. Gilfarb
    Assistant United States Attorney
    Florida Bar No. 957836
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9015
    Email: Michael.Gilfarb@usdoj.gov

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the May 8 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

               <u>/s/ Michael E. Gilfarb</u>
               Michael E. Gilfarb
               Assistant United States Attorney