UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60301-CR-WPD

UNITED STATES OF AMERICA,  :
    Plaintiff,  :
v.  :
    :
ANDRES MENCIA,  :
    Defendant.  :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

## JOINT MOTION FOR STATUS CONFERENCE

The parties jointly move for a status conference on May 16, 2018 to update the court on developments in this matter.

This case is currently set for trial on June 18, 2018. On Friday, May 4, 2018 a superseding indictment was unsealed that, among other things, adds an allegation that Dr. Mencia distributed narcotics that caused a death. Dr. Mencia is scheduled to be arraigned on May 16, 2018.

The parties jointly request a status conference to update the Court on how the character and complexity of the case has changed as well the status of discovery.

Respectfully submitted,

**BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Ph. (305) 371-6421 – Fax (305) 358-2006
E-mail: MBeaton@RoyBlack.com

By: _/s/ Marcos Beaton_
    MARCOS BEATON, ESQ.
    Florida Bar No. 0573787
    *Counsel for Andres Mencia*

-2-

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 10, 2018 the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

By: */s/   Marcos Beaton*
MARCOS BEATON, ESQ.