UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                                        CASE NO.  17-60301-CR-DIMITROULEAS

      Plaintiff,

vs.

ANDRES MENCIA,

      Defendant.

_____/

**O R D E R**

THIS CAUSE is before the Court ON Defendant's May 10, 2018 Joint Motion for Status Conference [DE-103].  Said motion [DE-103] is Denied.

The status of this case is a trial on June 18, 2018 with a calendar call on June 15, 2018, as was agreed to by the parties [DE-70] and ordered by the Court on April 3, 2018.  [DE-73, 75].

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of May, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record