UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	CASE NO. 17-60301-CR-DIMITROULEAS

    Plaintiff,

vs.

ANDRES MENCIA,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on the Government's August 3, 2018 Motion for Forfeiture of Property [DE-220]. The Motion was referred to U.S. Magistrate Lurana S. Snow for a Report and Recommendation. [DE-239]. A response [DE-233] and Reply [DE-246] were filed. The Court heard arguments on September 7, 2018. The Report [DE-249] is approved, in part, as indicated at the September 7, 2018 sentencing hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of September, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Lurana S. Snow, US Magistrate Judge

Counsel of Record